In the Matter of the Application of the MUNICIPAL HOUSING AUTHORITY FOR THE CITY OF YONKERS, Respondent, against EDWARD L'ESTRANGE PHIPPS, Appellant, PEOPLES SAVINGS BANK OF YONKERS and Others, Defendants, Relative to Acquiring, by Eminent Domain, Title to and Possession of Certain Lands and Premises Situated in the City of Yonkers, County of Westchester and State of New York, Hereinafter More Fully Set Forth and Which Said Premises Are Included within the Mulford Project, N. Y. 3-1, Pursuant to the Power and Authority of the Municipal Housing Authorities Law, Being Article 5 of the State Housing Law.— Appeal by the owner, appearing specially, from an order for possession and demolition of certain real property being condemned pursuant to section 70 of the State Housing Law, as amended by chapter 218 of the Laws of 1938. Order affirmed, with ten dollars costs and disbursements. It is conceded that the mortgagee of the premises, a necessary party, had been served prior to the application for the order appealed from. The proceeding for condemnation was, therefore, pending and the order was properly granted. Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ., concur.

In the Matter of the Readjustment, Modification and Reorganization of the Rights of the Holders of Mortgage Investments Guaranteed by WESTCHESTER TITLE & TRUST COMPANY and LAWYERS WESTCHESTER MORTGAGE & TITLE COMPANY Designated as and by Series Nos. 72-A, 80-C, 84-C, 4-E, 20-E, 4-5296. WILLIAM JOHNSON, CHARLES J. F. DECKER, GEORGE F. ROGERS, BASIL FILARDI, JR., WILLIAM J. O'BRIEN, MARTIN J. BIRMINGHAM, CARLTON CUTBILL, JOHN KINKEL, CHARLES J. MARASCO, LILLIAN L. HAMMOND and AUSTIN K. GRIFFEN, as Successor Trustees, Appellants; CHARLES A. HERMAN, ANNIE J. HERMAN and ROBERT DRENNAN, Respondents.— Appeal from a resettled order vacating so much of the orders previously made upon the settlement of the accounts of the trustees for the period ending April 30, 1938, as awards counsel fees to the attorneys for the successor trustees and refers to an official referee the question of the reasonable value of the legal services performed and the propriety of charges made for services. Resettled order, in so far as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ., concur.

DAVID JARET, Doing Business as DAVID JARET Co., Respondent, v. SHARP & NASSOIT MANAGEMENT CORP.; SHARP & NASSOIT, INC., Appellants, and ABRAHAM C. WOLF, Defendant.— Order granting, in part, motion for an order to examine appellants to enable plaintiff to frame his complaint, affirmed, with ten dollars costs and disbursements. Examination to proceed on five days' notice. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.

SAMUEL JONES, Appellant, v. FASTEETH, INCORPORATED, Respondent.— Action to recover damages for the alleged breach of four contracts of employment. Order granting defendant's motion to dismiss plaintiff's amended complaint and for summary judgment, and judgment entered thereon, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.